479 A.2d 1135

Commonwealth v. Pellegrino, Appellant.

Petition for Allowance of Appeal
Denied Nov. 16, 1984.

Submitted May 4, 1984. Dyran M. Emuryan, for appellant; Sandra L. Elias, Deputy District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.